IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER KING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:21-CV-75-RP |
| | § | |
| AUSTIN TELCO FEDERAL CREDIT | § | |
| UNION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff filed her complaint on January 25, 2021. (Dkt. 1). There is no indication that she timely

served Defendant with her complaint and the summons. Noting Plaintiff's lack of action to advance

this case, the Court issued an order to show cause on August 20, 2021. (Dkt. 2). The Court ordered

Plaintiff to either: (1) show cause, in writing, as to why this action should not be dismissed for want of

prosecution or (2) file dismissal papers on or before August 27, 2021. (*Id.*). Federal courts have the

authority to dismiss a complaint for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 633

(1962); Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute

or to comply with . . . a court order"). Given that this case has been pending for eight months, the

Court finds that there is a clear record of inaction and nonresponsiveness that would justify dismissing

this action for want of prosecution.

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendant in this action are

**DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on September 1, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE